745 A.2d 1214

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Lorraine FRAY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 31, 2000.

Decided Feb. 17, 2000.

Gerald A. Stein, Philip J. Degnan, Philadelphia, for Lorraine Fray.

Patrick Meehan, Dist. Atty., A. Sheldon Kovachs, Asst. Dist. Atty., Michelle P. Hutton, Asst. Dist. Atty., Dist. Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

The order of the Superior Court is reversed. *See Commonwealth v. Valette*, 531 Pa. 384, 613 A.2d 548 (1992); *Commonwealth v. Rambo*, 488 Pa. 334, 412 A.2d 535 (1980).

Justice CASTILLE dissents.